## Thomas *v.* Upper Merion Township, Appellant.

*Township officers—Accounts—No appeal lies to Supreme Court—Act of April 15, 1834, sec. 104.*

The act of April 15, 1834, sec. 104, which provides that township offi-
cers dissatisfied with the settlement of their accounts by the township audi-
tors, may appeal to the common pleas, does not provide for any further
appeal, and therefore no appeal to the Supreme Court lies in such cases.

Gangewere's Appeal, 61 Pa. 342, followed.

Argued Feb. 4, 1892. Appeal, No. 156, July T., 1892, by
defendant, from judgment of C. P. Montgomery Co., June T.,
1890, No. 42, on verdict for plaintiff, Harry C. Thomas. Be-
fore PAXSON, C. J., GREEN, McCOLLUM, MITCHELL and
HEYDRICK, JJ.

Issue directed by the court, under act of April 15, 1834,
sec. 104, to try the question whether certain claims of plaintiff
against defendant were legal. At the trial before WEAND, J.,
the jury found for the plaintiff. Defendant appealed.

The opinion of WEAND, J., refusing a new trial before dis-
cussing the merits of the case, stated, "As the questions raised
involve a consideration of the act of 13th June, 1836, we think
it reviewable, and not governed by the decision in Gangewere's
Case, 61 Pa. 342."

*George M. Corson*, for appellant.

*N. H. Larzelere, M. M. Gibson* with him, for appellee, moved
to quash the appeal. They cited Gangewere's Ap., 61 Pa.
342; Springbrook Twp. v. Thomas, 8 Luz. L. R. 112; Ap. of
the Pathmasters, 10 Luz. L. R. 60; Fuchs' Case, 6 Wharton
191; McCauley's Ap., 86 Pa. 187; Wilbur's Ap., 10 W. N. C.
101; Virden's Ap., 37 L. I. 325; Reed's Ap., 114 Pa. 452;
Orbison's Ap., 22 W. N. C. 116.

PER CURIAM, March 28, 1892:

We are all of opinion that no appeal lies in this case.  It is ruled by appeal of Gangewere, 61 Pa. 342.

Appeal quashed.